**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**

**IN RE:** **Case No.: 3:13-bk-05484**

**KYUNG-HEE PARK** **Chapter 11**
**aka KYUNG-HEE PARK HOOK,**

**Debtor.**
___________________________________/

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PROF-2013-M4 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee C/O Fay Servicing, LLC
Name of Transferee

Federal National Mortgage Association, ("Frannie Mae") creditor c/o Seterus, Inc.
Name of Transferor

Name and Address where notices to Transferee should be sent:
Fay Servicing, LLC
440 S. LaSalle Street
Ste. 2000
Chicago, IL 60605

Court Claim # (if known): 11-1
Amount of Claim: $275,579.31
Date Claim Filed: 10/24/2013

Phone: 312-780-0011
Last Four Digits of Acct #: 8576

Phone: (901)767-556
Last Four Digits of Acct #: 4262

Name and Address where Transferee payments should be sent (if different from above):
Fay Servicing, LLC
440 S. LaSalle Street
Ste. 2000
Chicago, IL 60605

Phone: 312-780-0011
Last Four Digits of Acct #: 8576

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Cristina DiGiannantonio
Transferee/Transferee's Agent

Date: February 24, 2017

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 24, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

STEVEN L. LEFKOVITZ
LAW OFFICES LEFKOVITZ & LEFKOVITZ
618 CHURCH ST STE 410
NASHVILLE, TN 37219

KYUNG-HEE PARK
606 ELK SPRINGS CT
FRANKLIN, TN 37069

UNITED STATES TRUSTEE
701 BROADWAY SUITE 318
NASHVILLE, TN 37203

/s/ Cristina DiGiannantonio
Cristina DiGiannantonio
Attorney for Creditor
RAS Crane LLC
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Fax: 404-393-1425
Email: cdigiannantonio@rascrane.com

REPRESENTATION OF PRINTED DOCUMENT

FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

September 13, 2016

[redacted]

KYUNG-HEE PARK
606 ELK SPRINGS CT
FRANKLIN TN 37069-8220

**404 NOTICE**

**NOTICE OF SALE OF OWNERSHIP OF MORTGAGE LOAN**

Under federal law, borrowers are required to be notified in writing whenever ownership of a mortgage loan secured by their principal dwelling is sold, transferred or assigned (collectively, "sold") to a new lender. This notice is to inform you that your prior lender has sold your mortgage loan (see loan information below) to the new lender identified below.

**The new lender identified below is not the servicer of your loan. The servicer (identified below) acts on behalf of the new lender to handle the ongoing administration of your loan, including the collection of mortgage payments. Please send your mortgage payments as directed by the servicer, and not to the new lender. Payments sent to the new lender instead of the servicer may result in late charges on your loan and your account becoming past due. Neither the new lender nor the servicer is responsible for late charges or other consequences of payments sent to the new lender.**

**SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR LOAN, PLEASE CONTACT THE SERVICER USING THE CONTACT INFORMATION SET FORTH BELOW. The servicer is authorized to handle routine inquiries and requests regarding your loan and, if necessary, to inform the new lender of your request and communicate to you any decision with respect to such request.**

Please note that the sale of your loan to the new lender may also result in a change of servicer. If this occurs, you will receive a separate notice, required under federal law, providing information regarding the new servicer.

**LOAN INFORMATION**

Date of Loan: 9/25/2009
Original Amount of Loan: $309,000.00
Date Your Loan was Sold to the New Lender: 8/24/2016
[redacted]
Address of Mortgaged Property: 606 ELK SPRINGS CT
FRANKLIN TN 37069

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

**SERVICER INFORMATION**

| | |
|---|---|
| Name: | Fay Servicing, LLC |
| Mailing Address: | 440 South LaSalle St.<br>Suite 2000<br>Chicago, IL 60605 |
| Telephone Number (Toll free): | 1-800-495-7166 |
| Website: | http://www.fayservicing.com/ |

Scope of responsibilities: The servicer is responsible for all ongoing administration of your loan, including receipt and processing of payments, resolution of payment-related issues, and response to any other inquiries you may have regarding your loan.

**NEW LENDER INFORMATION**

**Please be advised that all questions involving the administration of your loan (including questions related to payments, deferrals, modifications or foreclosures) should be directed to the servicer at the number above and/or the agent (if any) of the new lender identified below, and not to the new lender. The new lender does not have access to information relating to the administration of your loan, and will not be able to answer most loan-related questions.**

| | |
|---|---|
| Name: | PROF-2013-M4 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee |
| Mailing Address (**not for payments**): | 60 Livingston Ave., EP-MN-WS3D<br>Attn: Structured Finance Services – PROF<br>St. Paul, MN 55107 |
| Telephone Number: | (800) 934-6802 |

**AGENT INFORMATION** (If the new creditor has granted an agent other than the servicer authority to act on its behalf, contact information for such agent will appear below):

Name:
Mailing Address:

Telephone Number (Toll free):

**Partial Payments**: The Servicer, on behalf of the lender, may hold partial payments in a separate account until you pay the remainder of the payment, and will then apply the full periodic payment to your loan. If your loan is sold, the new lender may have a different partial payment policy.

The transfer of the lien associated with your loan is, or in the future may be, recorded in the public records of the local County Recorder's office for the county or local jurisdiction where your property is located. Ownership of your loan may also be recorded on the registry of the Mortgage Electronic Registrations System at 1818 Library Street, Suite 300, Reston, VA 20190.


INTERNET REPRINT